UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Blannie Wilkes and James Wilkes | ) | |
| | ) | 4:12-cv-03621-RBH |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, James Wilkes and Blannie Wilkes, and Defendant, NCO Financial Systems, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that this matter should be dismissed with prejudice, with each party to bear its own costs.

DATED: August 7, 2013

Stipulated to By:

| | |
|---|---|
| /s/ Penny Hays Cauley | /s/ Brian A. Comer |
| Penny Hays Cauley, Fed. ID No. 10323 | Brian A. Comer, Fed ID No. 9106 |
| HAYS CAULEY, P.C. | COLLINS & LACY, P.C. |
| 549 West Evans Street, Suite E | 1330 Lady St., Sixth Floor (29201) |
| Florence, SC 29501 | Post Office Box 12487 |
| (843) 665-1717 | Columbia, SC 29211 |
| (843) 665-1718 Facsimile | (803) 256-2660 |
| phc917@hayscauley.com | (803) 771-4484 Facsimile |
| Attorney for Plaintiff | bcomer@collinsandlacy.com |
| | Attorney for Defendant |